The People of the State of New York ex rel. Theodore H. Newland, Appellant; *v.* Ernst J. Lederle, Commissioner of the Board of Health of the City of New York, Respondent.

*People ex rel. Newland* v. *Lederle,* 74 App. Div. 631, appeal dismissed.
(Argued November 12, 1902; decided December 2, 1902.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 21, 1902, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel defendant to reinstate the relator in employment in the department of health of the city of New York.

*Michael A. Quinlan* for appellant.

*George L. Rives, Corporation Counsel (Theodore Connoly* of counsel), for respondent.

Appeal dismissed, with costs ; no opinion.
Concur: Parker, Ch. J., O'Brien, Bartlett, Haight, Martin and Cullen, JJ. Absent: Vann, J.